UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re RICHARD W. KUHN

Plaintiff,

Case No.  13-0960 JST (PR)

**ORDER OF DISMISSAL**

This pro se civil action was filed on March 4, 2013.  On that date, the Court notified plaintiff in writing that the action was deficient due to the failure to pay the filing fee or furnish a completed and signed court-approved in forma pauperis application.  Plaintiff was advised that failure to pay the fee or file the application materials within twenty-eight days would result in dismissal of the action.  Plaintiff did not pay the filing fee or file a completed in forma pauperis application, and the deadline by which to do so has passed.  For the foregoing reasons, this action is DISMISSED without prejudice for failure to pay the filing fee or submit a completed in forma pauperis application.

The Clerk shall close the file and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: April 19, 2013

_____
JON S. TIGAR
United States District Judge